**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| **IN RE BODY SCIENCE LLC PATENT LITIGATION** | **MDL Docket No. _____** |

**AMENDED PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, Corporate Disclosure Statement, and this Certificate of Service was served by U.S. First Class Mail on **April 18, 2012** to the following:

Clerk, Northern District Illinois
Chicago, Illinois

Clerk, District of Massachusetts
Boston, Massachusetts

Clerk, District of Minnesota,
Minneapolis, Minnesota

Clerk, Northern District California
San Francisco, California

Clerk, Eastern District of New York
Central Islip, New York

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, Corporate Disclosure Statement, and this Certificate of Service was served by e-mail on **April 18, 2012** to the following:

Jason C. White
Scott D. Sherwin
Mansi H. Shah
MORGAN, LEWIS & BOCKUS LLP
77 West Wacker Drive
Chicago, Illinois  60601
Email:  jwhite@morganlewis.com; ssherwin@morganlewis.com; mshah@morganlewis.com
**Counsel for Defendant and Counter Claimant:  LifeWatch Services Inc.**
**N.D. Illinois, No. 1:11-cv-03619**


Alan M. Grimaldi
Brian A. Rosenthal
Bryon T. Wasserman
John F. Gianola
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Email:  agrimaldi@mayerbrown.com; brosenthal@mayerbrown.com;
bwasserman@mayerbrown.com; jgianola@mayerbrown.com

Emily C. Melvin
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Email:  emelvin@mayerbrown.com
**Counsel for Defendant and Counter Claimant:  Philips Electronics North America**
**Corporation**
**D. Massachusetts, No. 1:12-cv-10536**


Edward Han
Matthew M. Wolf
Marc A. Cohn
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, D.C.  20004
Email:  edward.han@aporter.com; matthew.wolf@aporter.com; marc.cohn@aporter.com
**Counsel for Defendant and Counter Claimant:  Boston Scientific Corporation**
**D. Minnesota, No. 0:12-cv-00734**

Kimberly A. Donovan
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, California  94043
Email:  kdonovan@gcalaw.com


William F. Ward III
EDWARDS WILDMAN PALMER LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606
Email:  wward@edwardswildman.com
**Counsel for Defendant and Counter Claimant:  A&D Engineering, Inc.**
**N.D. California, No. 3:12-cv-01490**


Robert David Donoghue
Daniel Long Farris
HOLLANDKNIGHT LLP
131 South Dearborn, 30th Floor
Chicago, Illinois  60603
Email:  david.donoghue@hklaw.com; daniel.farris@hklaw.com
**Counsel for Defendant:  Polar Electro, Inc.**
**E.D. New York, No. 2:12-cv-01478**


I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, Corporate Disclosure Statement, and this Certificate of Service was served by e-mail on **April 19, 2012** to the following:

Christine Elizabeth Bestor
Robert B. Breisblatt
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
Email:  christine.bestor@kattenlaw.com; Robert.Breisblatt@kattenlaw.com

David B. Gornish
Eric S Marzluf
Manny D Pokotilow
Robert W. Stevenson
CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Email:  dgornish@crbcp.com; esmarzluf@crbcp.com;
mpokotilow@crbcp.com; rstevenson@crbcp.com
**Counsel for Defendant and Counter Claimant:  LifeWatch Services Inc.
N.D. Illinois, No. 1:11-cv-03619**


Monika M. Blacha
Thomas M. Williams
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Email:  mblacha@winston.com; tmwilliams@winston.com

Jonathan D Carpenter
Brian W Hayes
J Derek Vandenburgh
CARLSON CASPERS VANDENBURGH & LINDQUIST
225 S 6th St Ste 3200
Mpls, MN 55402
Email:  jcarpenter@ccvl.com; bhayes@ccvl.com; dvandenburgh@ccvl.com
**Counsel for Defendant and Counter Claimant:  Boston Scientific Corporation
D. Minnesota, No. 0:12-cv-00734**


James R. Ferguson
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Email: jferguson@mayerbrown.com

Claire Laporte
Katie M. Perry
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Email:  claporte@foleyhoag.com; kperry@foleyhoag.com
**Counsel for Defendant and Counter Claimant:  Philips Electronics North America**
**Corporation**
**D. Massachusetts, No. 1:12-cv-10536**


Brian M. Rothery
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
Email:  brothery@stroock.com
**Counsel for Plaintiff:  Body Science LLC**
**E.D. New York, No. 2:12-cv-01478**


Dean G. Bostock
Kevin Gannon
Paul J. Hayes
HAYES BOSTOCK & CRONIN LLC
300 Brickstone Square, 9th Floor
Andover, MA 01810
Email:  dbostock@hbcllc.com; kgannon@hbcllc.com; phayes@hbcllc.com
**Counsel for Plaintiff and Counter Defendant:  Body Science LLC**
**D. Massachusetts, No. 1:12-cv-10536**


Craig J. Lervick
LARKIN HOFFMAN DALY & LINDGREN LTD
7900 Xerxes Ave S., Ste 1500
Minneapolis, MN 55431-1194
Email:  clervick@larkinhoffman.com
**Counsel for Plaintiff and Counter Defendant:  Body Science LLC**
**D. Minnesota, No. 0:12-cv-00734**

William Paul Schuck
THOMAS WHITELAW & TYLER LLP
Three Embarcadero Center
Suite 1350
San Francisco, CA 94111
Email:  pschuck@twtlaw.com
**Counsel for Plaintiff and Counter Defendant:  Body Science LLC**
**N.D. California, No. 3:12-cv-01490**

Dated:  April 19, 2012                    Respectfully submitted,

                                          **BODY SCIENCE LLC, Plaintiff**

                                          /s/ Rob Harmer_____

                                          Allan J. Sternstein
                                          Michael Stolarski
                                          Jeffrey A. Pine
                                          Timothy K. Sendek
                                          Rob R. Harmer
                                          DYKEMA GOSSETT, PLLC
                                          10 South Wacker Drive, Suite 2300
                                          Chicago, Illinois 60606
                                          PH: (312) 876-1700
                                          Fax: (312) 627-2302