BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE BODY SCIENCE LLC PATENT LITIGATION** | MDL Docket No. 2375 |

**PROOF OF SERVICE**

The undersigned hereby certifies that Plaintiff electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Judicial Panel on Multidistrict Litigation using the CM/ECF System, which sent notification to all parties of record on the 25th day of April, 2012.

Dated: April 25, 2012

Respectfully submitted,

**BODY SCIENCE LLC, Plaintiff**

/s/Timothy K. Sendek

Allan J. Sternstein
Michael Stolarski
Jeffrey A. Pine
Timothy K. Sendek
Rob R. Harmer
DYKEMA GOSSETT, PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
PH: (312) 876-1700
Fax: (312) 627-2302